| | | |
|---|---|---|
| Jane MacCracken<br>Chief, CSO - Programs Division | **CENTRAL VIOLATIONS BUREAU**<br>**P.O. Box 780549**<br>**San Antonio, TX 78278** | Ted C. Willmann<br>Branch Chief<br><br>(800) 827-2982<br>FAX: (210) 301-6401 |

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext

**District:** CALIFORNIA EASTERN

**Location Code:** CA51

ECF Case Number: 1:20-PO-00032-SAB

**Citation Number(s):** 9173950

| | | |
|---|---|---|
| FRES | **Hearing Site** | The location where the citation is scheduled. |
| 03/19/2020 | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| | **Protest** | The defendant is requesting a court date to protest the citation. |
| | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| | **Miscellaneous** | See Remarks Section |

**Remarks:**

Agency request for void of citation(s).

Going to reissue as a bailable citation instead of mandatory appearance. ECF Case Number: 1:20-PO-00032-SAB  The action on this case (e.g. dismissal) should be processed in CM/ECF.  Please use the CVB Events or CVB Disposition Docket.

| | Refund Approved | | 07/20/2020 |
|---|---|---|---|
| ✓ | Void/Dismissal Approved | | Date |

Further action to be taken by CVB or Agency, please specify: _____

Ordered this  20th  Day of  July  20 20    [signature]
                                            U.S. Magistrate Judge    Judge Code

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

# United States District Court
## Violation Notice

Case 1:20-po-00032-SAB   Document 8   Filed 07/24/20   Page 2 of 2

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA51 | 9173950 | Munoz | 1858 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 01/04/2020 @1615
Offense Charged: ☒CFR ☐ USC ☐ State Code — 38 CFR 1.218(b)(37)
Place of Offense: 2615 E. Clinton Ave., Fresno, CA 93703
Offense Description: Factual Basis for Charge — Possession of Firearm

**DEFENDANT INFORMATION**
Phone: (559) 389-7469
Last Name: Alvarez
First Name: Fidel
Street Address: 2146 N. Fresno St., Apt 102
City: Fresno  State: CA  Zip: 93703  DOB: 08/26/1993
Drivers License No: F3543635  D.L. State: CA
Social Security No.: 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
☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
Hair: Blk  Eyes: Bro  Height: 5'05  Weight: 150

**VEHICLE** — VIN:

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: 2500 Tulare St., Fresno, CA 93721
Date: 1/6/2020  Time: 1400

X Defendant Signature: Not Present / In Custody

Original - CVB Copy

*9173950*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JAN. 4, 2020 while exercising my duties as a law enforcement officer in the EASTERN District of CA.

SEE ATTACHED PC STATEMENT.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/04/2020   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/14/2020 13:54