| Jane MacCracken<br>Chief, CSO - Programs Division | **CENTRAL VIOLATIONS BUREAU**<br>P.O. Box 780549<br>San Antonio, TX 78278 | Ted C. Willmann<br>Branch Chief<br>(800) 827-2982<br>FAX: (210) 301-6401 |
|---|---|---|

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext

**District:** CALIFORNIA EASTERN

**Location Code:** CA51

ECF Case Number: 1:20-PO-00032-SAB

**Citation Number(s):** 9173951

| | | |
|---|---|---|
| FRES | **Hearing Site** | The location where the citation is scheduled. |
| 03/19/2020 | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| | **Protest** | The defendant is requesting a court date to protest the citation. |
| | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| | **Miscellaneous** | See Remarks Section |

**Remarks:**

Agency request for void of citation(s).

This citation will be reissued as bailable rather than mandatory appearance. ECF Case Number: 1:20-PO-00032-SAB  The action on this case (e.g. dismissal) should be processed in CM/ECF.  Please use the CVB Events or CVB Disposition Docket.

| | Refund Approved | | 07/20/2020 |
|---|---|---|---|
| | Void/Dismissal Approved | | Date |

Further action to be taken by CVB or Agency, please specify:

Ordered this  20th  Day of  July  20 20

*[signature]*
U.S. Magistrate Judge     Judge Code

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA51 | 9173951 | Munoz | 1858 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 01/04/2020 @ 1615
Offense Charged: ☒ CFR ☐ USC ☐ State Code
38 CFR 1.218(b)(38)

Place of Offense: 2615 E. Clinton Ave., Fresno, CA 93703

HAZMAT ☐

Offense Description: Factual Basis for Charge
Introduction of ammunition.

### DEFENDANT INFORMATION
Phone: (559) 389-2469

| Last Name | First Name | M.I. |
|---|---|---|
| Alvarez | Fidel | |

Street Address: 2146 N. Fresno St., Apt. 102

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Fresno | CA | 93703 | 08/26/1993 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| F3543635 | | CA | 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 |

☒ Adult ☐ Juvenile | Sex: ☒ Male ☐ Female | Hair: BLK | Eyes: BRO | Height: 5'05 | Weight: 150

### VEHICLE   VIN:                                             CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 2500 Tulare St., Fresno, CA 93721
Date: 1/6/2020
Time: 1400

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Not present / In custody

Original - CVB Copy

*9173951*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JAN. 4, 20 20 while exercising my duties as a law enforcement officer in the EASTERN District of CA

SEE ATTACHED PC STATEMENT

The foregoing statement is based upon:
☒ my personal observation      ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/04/2020    [Officer's Signature]
Date (mm/dd/yyyy)       Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)       U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/14/2020 13:54